Order issued September 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01003-CR

### CHRISTOPHER ROY MARSHALL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## ORDER

The Court has before it appellant's "agreed motion to determine whether this court has jurisdiction." Appellant asserts the State of Texas agrees to the filing of the motion.

The clerk's record shows appellant was convicted and sentenced to a twenty-year prison term on May 30, 2012. Thus, appellant's notice of appeal was due on or before June 29, 2012. Appellant did not file a motion for new trial, but he delivered a hand-written notice of appeal to prison authorities on June 29, 2012. Appellant's notice of appeal was post-marked by the United States Postal Service on July 2, 2012, and it was file marked in the District Clerk's office on July 6, 2012.

For prison inmates, a notice of appeal is deemed filed at the time it is delivered to prison authorities for forwarding to the court clerk. *See Campbell v. State*, 320 S.W.3d 338, 344 (Tex. Crim. App. 2010). A mail log from the Texas Department of Criminal Justice shows appellant

delivered his notice of appeal to prison authorities on June 29, 2012, within the thirty-day time period for filing a notice of appeal. *See* TEX. R. APP. P. 9.2(b). Thus, appellant's notice of appeal received on July 6, 2012 is considered timely for jurisdictional purposes.

_____
CAROLYN WRIGHT
CHIEF JUSTICE